```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

UNIVERSAL DYEING & PRINTING, )
INC., )
            )
   Plaintiff, )
            )
 v.          )  No. 13 C 2388
            )
SEARS HOLDING CORPORATION, )
et al., )
            )
   Defendants. )

### MEMORANDUM ORDER

Based on the parties' stipulation, this Court orders:

 1. that the Amended Complaint, which plaintiff filed in error, is stricken, thus reverting to the original complaint, which is materially and substantively different from the Complaint in Case No. 13 C 2391 and

 2. that defendants are granted until August 18, 2013 to answer or otherwise plead in this matter.

              _____
              Milton I. Shadur
              Senior United States District Judge

Date: July 24, 2013