IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNIVERSAL DYEING & PRINTING, INC.,

        Plaintiff,

   v.

SEARS HOLDING CORPORATION, et al.,

        Defendants.

No. 13 C 2388

## MEMORANDUM ORDER

Based on the parties' stipulation, this Court orders:

1. that the Amended Complaint, which plaintiff filed in error, is stricken, thus reverting to the original complaint, which is materially and substantively different from the Complaint in Case No. 13 C 2391 and

2. that defendants are granted until August 18, 2013 to answer or otherwise plead in this matter.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 24, 2013